15 JULY 2020 (US)

MAX VINER
20 ADMIN. RD.
02324, USA

FILED IN CLERKS OFFICE 2020 JUL 20 AM 11:54 U.S. DISTRICT COURT DISTRICT OF MASS.

RE: HABEUS CORPUS (I WROTE); CRIMINAL COMPLAINT AND EXTRICATION FROM FALSE IMPRISONMENT; MEDICAL ACCESS

TO WHO IT DO CONCERN,

I, MAX ELI BENJAMIN VINER, DO REQUIRE IMMEDIATE HEARING TO AFFORD ALLOWANCE OF MEDICAL CARE FOR A RIGHT-MIDDLE-FINGER CLOSED COMPOUND-FRACTURE WITH ANTERIOR PROXIMAL-INTERPHALANGE DISLOCATION AND NO ABDUCTION/ADDUCTION POSSIBLE, THAT WERE SUSTAINED DURING FALSE-ARREST AS REVERE, MA PD ILLEGALLY BROKE AND ENTERED MY [PAID] ROOM #507 AT THE HAMPTON INN IN REVERE, MA, WITHOUT WARRANT(S) AT THIS TIME. REVERE PD THEN FALSE-DOCUMENTED A [SPURIOUS] ADMISSION OF "BOMB-THREAT" AND USED THIS FALSE-REPORT TO OBTAIN ARREST AND SEARCH WARRANTS, AFTER I HAD GIVEN FULL PERMISSION TO SEARCH MY ROOM, PROPERTY AND TRUCK OUTSIDE, AND AS I DISPLAYED VALID MA HOME IMPROVEMENT CONTRACTOR LICENSE (#194253, EXP. 2021). REVERE PD THEN STOLE ALL DOCUMENTS I HAD INC. VALID US PASSPORT, BIRTH CERT, BIRTH REGISTRATION OF US CITIZEN ABROAD, BUSINESS LICENSE, CONTRACTOR LICENSE, TRUCK TITLE, HOUSE DEED, DRIVER'S LICENSE, CASH-NOTES AND ALSO PROPERTY INCLUDING A NEVER NORTH FACE® PARKA VALUED AT $700.00 AND

(CONTINUED ON REVERSE)

(CONTINUED FROM OBVERSE)

REFUSED TO ALLOW ME TO WEAR OUTER GARMENTS INC. MY JACKET AS WE EXITED IN THE SNOW ON OR ABOUT 17 APR 2021. MY WALLET AND CASH WERE ALSO REFUSED AS I REPEATEDLY STATED, "I NEED THAT TO BAIL OUT, GET HOME, AND PAY FOR A LAWYER." REVERE PD REPEATEDLY TOLD ME, "NO YOU DON'T!" AND "YOU ALREADY TALKED TO FEDERAL AGENTS — THEY WERE IN THE ROOM." I'VE THEN BEEN DENIED MEDICAL CARE TO DATE FOR SAID INJURY EXCEPT IBUPROFIN, ICE, AND ACE-BANDAGE. IT IS GROSSLY DEFORMED.

I AM HOUSED AT MCI-BRIDGEWATER STATE HOSPITAL AND NOT ALLOWED ACCESS TO A MEDICAL DOCTOR FOR FIRST EVAL. AND SPLINTING/SETTING OF INJURY. FURTHER, SEVERAL FACE-MASKED STAFF HERE HAVE FALSELY TOLD ME THEY WERE MY LAWYER AND REFUSED TO PROVIDE THEIR NAMES. I'VE ALSO BEEN REPEATEDLY THREATENED HERE AND BATTERED WITHOUT BEING STRUCK PHYSICALLY.

PLEASE ENSURE I AM AFFORDED ACCESS TO MEDICAL CARE AND NOTE THE DETAILS OF THE CASE @ CHELSEA DISTRICT COURT, DOCKET #2014CR000529.

VERY TRULY YOURS & SWEARS ALL ABOVE, IS,

*[signature]*   15 JULY 2020 (US)

Max Viner